UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMITH JOHNSON, | CV F 05-0762 OWW WMW HC |
| Petitioner, | ORDER GRANTING MOTION TO CORRECT RESPONDENT |
| v. | (Doc. 12) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, | |
| Respondent. | |

Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On November 27, 2006, Petitioner filed a motion seeking to correct the named Respondent in this case. Good cause appearing, Petitioner's motion is GRANTED. The Clerk of the Court is directed to change the Respondents in this case to "Mr. Tilton, Director, and M. C. Kramer, Warden."

IT IS SO ORDERED.

Dated:   February 28, 2007             /s/  William M. Wunderlich
mmkd34                                 UNITED STATES MAGISTRATE JUDGE