1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

EMMITH JOHNSON,

                Petitioner,

    v.

MR. TILTON, DIRECTOR, AND M. C. KRAMER, WARDEN,

                Respondent.

                              /

CV F 05-0762 OWW WMW HC

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RE PETITION FOR WRIT OF HABEAS CORPUS

[Doc. 14]

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 7, 2008, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. No objections were filed.[1]

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de

---

[1]The court notes that the copy of the findings and recommendations served on Petitioner was returned by the United States Postal Service. Pursuant to Local Rule 83-182(f), service on a party at their address of record is fully effective

1   novo review of this case.    See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

2   1983).   Having carefully reviewed the entire file, the court finds the findings and recommendations

3   to be supported by the record and by proper analysis.

4        Based on the foregoing, it is HEREBY ORDERED  that:

5   1.    The findings and recommendations issued by the Magistrate Judge on

6        January 7,  2008, are a adopted in full;

7   2.    The petition for writ of habeas corpus is DENIED;

8   3.     The Clerk of the Court is directed to enter  judgment for Respondent and to close this case.

12        IT IS SO ORDERED.

13   **Dated:    February 25, 2008**                    **/s/ Oliver W. Wanger**
                                                        UNITED STATES DISTRICT JUDGE